UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 15- 61 (JEI) |
| v. | : | |
| NATHANIEL STROUD | : | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Matthew J. Skahill, Assistant United States Attorney, appearing on behalf of the United States), with the consent of Maggie Moy, Esq., attorney for defendant Nathaniel Stroud, for an order pursuant to Title 18, United States Code, Section 3143(a) detaining Nathaniel Stroud without bail pending sentencing in the above-entitled matter; and Nathaniel Stroud having pled guilty on February 4, 2015 to a two-count Information charging him in both counts with bank robbery, in violation of 18 U.S.C. § 2113(a); and Nathaniel Stroud currently being detained in the Burlington County Jail on related state charges; and Nathaniel Stroud having consented through counsel to an order of detention pending sentencing; and for good cause shown,

**IT IS, therefore, on this 6th day of February, 2015,**

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that:

    a. the Government's motion for an order detaining Nathaniel Stroud pending sentencing is hereby GRANTED, and Nathaniel Stroud is hereby Ordered detained pending further proceedings in the above captioned case;

    b. Nathaniel Stroud shall be remanded to the custody of the State of New Jersey (the "State");

  c. if and when Nathaniel Stroud is released from the State's custody he shall be remanded and thereafter committed to the custody of the United States Attorney General; and it is further

ORDERED, that once Nathaniel Stroud is turned over to the custody of the United States Attorney General, he upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the United States Marshal for this District file a detainer with the State, or the States' designee, consistent with this Order to ensure that the State, should Nathaniel Stroud be released from the detention relating to the state charges, remand Nathaniel Stroud to the custody of the United States Attorney General.

_____
HONORABLE JOSEPH E. IRENAS
Senior United States District Judge

AGREED AND CONSENTED TO:

_____
MATTHEW J. SKAHILL
Assistant United States Attorney

_____
MAGGIE MOY, ESQ.
Counsel for Nathaniel Stroud

2