UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Case No. 15-cr-61(RMB)

v.

NATHANIEL STROUD

## DETENTION  ORDER

THIS MATTER having come before the Court on the motion of
the United States (Gabriel Vidoni, Assistant U.S. Attorney,
appearing), for an order detaining defendant Nathaniel Stroud
(Lisa Lewis, AFPD, appearing) pending a Violation of Supervised
Release Hearing, pursuant to Federal Rule of Criminal Procedure
32.1, on the grounds that the defendant poses a risk of flight and
a danger to the community; and the Court having conducted a hearing
on January 20, 2021; and the Court having considered the contents
of the Petition for Warrant; and defendant consenting to detention
without prejudice at this time; and the Court noting that the
defendant shall appear for a Final Violation Hearing before the Honorable Renee M.
Bumb, on **January 27, 2021 at 10:00 a.m.**; and for good cause shown,

IT IS on this **20th** day of **January, 2021**,

**ORDERED** that the motion of the United States to detain
the defendant pending the Final Violation Hearing is hereby **GRANTED,** and
defendant is ordered detained until further order of

the Court; and it is further

       **ORDERED** that the defendant is granted leave to reopen the detention hearing should he wish to present evidence to support a request for bail; and it is further

       **ORDERED** that the defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal, until further order of this Court; and it is further

       **ORDERED** that while in custody, the defendant be afforded a reasonable opportunity for private consultation with defense counsel; and it is further

       **ORDERED** that upon order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                      s/Karen M. Williams
                                      KAREN M. WILLIAMS
                                      UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Renée M. Bumb